# United States District Court
# Western District of North Carolina
# Divisional Office Division

| Samuel S. Miller, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 3:15cv443 |
| vs. | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2016 Order.

July 11, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court